IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Vivint Inc et al,<br><br>             Plaintiff,<br><br>vs.<br><br>Sunrun Inc et al,<br><br>             Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:24-cv-00034-DAK |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  17th  day of January, 2024.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge